NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7048

ALLAN G. HALSETH,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 05-3646, Judge Robert N. Davis.

ON MOTION

Before LINN, Circuit Judge

## O R D E R

Upon consideration of Allan G. Halseth's motion for reconsideration of this court's order denying his motion to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAY 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Martin V. Totaro, Esq.
    Jane W. Vanneman, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 0 2010

JAN HORBALY
CLERK